IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMAD SAFA, *et al.* | : | CIVIL ACTION |
| Plaintiffs | : | No. 2:13-cv-05007-MMB |
| v. | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE AS CO-COUNSEL

Kindly enter the appearance of James D. Greco, Esquire as co-counsel for Defendants, United Express Jewelry, Israel Nisanov and Gabriel Nisanov, with reference to the above matter.

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP

        BY: /s/ *James D. Greco, Esquire*
             James D. Greco, Esquire
             The Curtis Center, Suite 1130 East
             Philadelphia, PA 19106
             (215) 627-6900
             james.greco@wilsonelser.com
             Attorney for Defendants
             United Express Jewelers,
             Gabriel Nisanov and Israel Nisanov

Date: September 4, 2013

# CERTIFICATE OF SERVICE

I, James D. Greco, Esquire, co-counsel for Defendants, United Express Jewelers, Israel Nisanov and Gabriel Nisanov, hereby certify that a true and correct copy of the Entry of Appearance as Co-Counsel, was served on all counsel of record via the ECF filing system.

BY: */s/ James D. Greco, Esquire*
James D. Greco, Esquire
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106
(215) 627-6900
james.greco@wilsonelser.com
Attorney for Defendants
United Express Jewelers,
Gabriel Nisanov and Israel Nisanov

Date: September 4, 2013

821989.1