IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMAD SAFA, MOHAMMAD SAFA and EXOTIC DIAMOND JEWELERS OF PHILADELPHIA, LLC<br>v.<br>CITY OF PHILADELPHIA, COMMISSIONER CHARLES H. RAMSEY, DETECTIVE FRANK STRAUP (BADGE #9095), DETECTIVE JOHN DOE (BADGE #8134), DETECTIVE JOHN DOE (BADGE #845), DETECTIVE JOHN DOE (BADGE #8115), LIEUTENANT JOHN DOE (BADGE #972), UNKNOWN NUMBER OF JOHN and JANE DOES, UNITED EXPRESS JEWELRY, ISRAEL NISANOV, GABRIEL NISANOV, YELLOW GOLD, INC., ITALY IN GOLD STAR, INC., ASLAN BAWABEH, DAVID BAWABEH, GERALD SCHEMBRI, G.S. CONSULTANT GROUP, INC., HILLEL JACK ATTALI and HAVIV KASSAB | CIVIL ACTION<br><br>NO: 2:13-cv-05007-MMB |

## STIPULATION EXTENDING TIME FOR DEFENDANTS YELLOW GOLD, INC. AND HAVIV KASSAB TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It is hereby Stipulated by and between A. Jordan Rushie, Esquire, counsel for plaintiffs and Judith H. Ring, Esquire, counsel for defendants, Yellow Gold, Inc. and Haviv Kassab, that the time for defendants, Yellow Gold, Inc. and Haviv Kassab, to file an answer or otherwise respond to plaintiffs' Complaint is hereby extended to September 20, 2013.

MULVIHILL & RUSHIE LLC

BY: /s/ A. Jordan Rushie
A. Jordan Rushie, Esquire
Attorney for Plaintiffs

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

BY: /s/ Judith H. Ring
Judith H. Ring, Esquire
Attorney for Defendants,
Yellow Gold, Inc. and Haviv Kassab

Date: September 5, 2013

# CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the Stipulation Extending Time for Defendants to Answer or Respond to Plaintiffs' Complaint on behalf of Defendants, Yellow Gold, Inc. and Haviv Kassab with reference to the above-captioned matter on this date electronically:

A Jordan Rushie, Esquire
Mulvihill & Rushie LLC
2424 East York Street, Suite 316
Philadelphia, PA 19125
*Attorneys for Plaintiffs*

Andrew J. Gallogly, Esquire
The Curtis Center
170 S. Independence Mall W.,
Suite 400E
Philadelphia, PA 19106-3337
*Attorneys for Italy in Gold Star, Inc.
David and Aslan Bawabeh*

Wendy T. Testa, Esquire
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106
*Attorneys for United Express*

Craig M. Straw, Esquire
825 S. 3rd Street
Philadelphia, PA 19147
*Attorney for The City of Philadelphia
and Frank Straup*

 

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By: _____
JUDITH H. RING, ESQUIRE
Attorney for Defendants,
Yellow Gold, Inc. and Haviv Kassab

Date: September 5, 2013