# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IMAD SAFA, et al. | CIVIL ACTION |
|---|---|
| v. | NO. 13-5007 |
| CITY OF PHILADELPHIA, et al. | DATE OF NOTICE: September 6, 2013 |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Tuesday, September 24, 2013 at 4:45 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Pretrial and Trial Procedures.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

/s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc: A. Jordan Rushie, Esquire (Jordan@fishtownlaw.com)
Dimitrios Mavroudis, Esquire (dimitrios.mavroudis@phila.gov)
James D. Greco, Esquire (james.greco@wilsonelser.com)
Wendy D. Testa, Esquire (wendy.testa@wilsonelser.com)

Attachments
O:\CIVIL 13\13-5007 safa v. city of phila\13cv5007.pptc.notice.doc