IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Imad Safa, *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>City of Philadelphia, *et al.*,<br>　　　Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 13-5007 |

**O R D E R**

**AND NOW**, this 16th day of May 2014, after review of Defendants' various Motions to Dismiss, filed on April 7, 2014 (ECF 42-45) and Plaintiffs' response thereto, filed on April 14, 2014 (ECF 47), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Counts VIII, X, XI, XVI, and XVII are DISMISSED with prejudice.

2. Count X, Plaintiffs' claim for conversion, is DISMISSED with prejudice as to United Express Jewelry, Israel Nisanov, Gabriel Nisanov, Yellow Gold, Inc., Italy in Gold Star, Inc., Aslan Bawabeh, David Bawabeh, Gerald Schembri, G.S. Consultant Group, Inc., Hillel Jack Attali, Haviv Kassab, and the City of Philadelphia. Count X may proceed against Defendant Detective Frank Straup.

3. Counts I, II, VII, IX, and XII may proceed.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Caitlin\Civil\13-5007 (Safa)\2014.5.16 Order on Remaining MTDs.docx