IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFA, et al., Plaintiffs | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. Defendants. | : : | NO. 2:13-cv-5007-DS |

## ORDER

DAVIR R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

AND NOW, this 29 day of May, 2015, upon consideration of the "Municipal Defendants' Motion for Summary Judgment," (Doc. No. 94), the "Plaintiffs' Memorandum of Law in Opposition to the Defendant's Motion for Summary Judgment," (Doc. No. 97), and "Defendants' Reply Brief in Support of Their Motion for Summary Judgment," (Doc. No. 100), **IT IS HEREBY ORDERED**, for the reasons set out in the Memorandum Opinion accompanying this Order, that:

1. The John and Jane Doe Defendants are **DISMISSED**;

2. Plaintiffs' claims of intentional infliction of emotional distress, (Count XII), conspiracy, (Counts VI & VII), and assault and battery, (Count XIV), are **DISMISSED**; and

3. Defendants' Motion for Summary Judgment is **GRANTED** as to all remaining claims against Defendants Frank Straup and the City of Philadelphia.

**ACCORDINGLY, IT IS ORDERD THAT:**

4. **JUDGMENT IS ENTERED** in favor of Defendants Frank Straup and the City of Philadelphia against Plaintiffs; and

5. "Defendants' Motion to Exclude Testimony from Expert Witness Jesus M. Serrano," (Doc. No. 101), is **DISMISSED** as moot.

The Clerk is directed to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE